864 A.2d 1201

**Tyree FORD, a Minor, by and Through his Parent and Guardian, Louise PRINGLE, Respondents,**

v.

**PHILADELPHIA HOUSING AUTHORITY, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 30, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of December 2004, we **GRANT** the Petition for Allowance of Appeal **LIMITED** to the specific

issue of whether a housing authority is a Commonwealth Agency for the purpose of sovereign immunity.